IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv01699-MSK

MICROSOFT CORPORATION, a Washington corporation,

  Plaintiff,

v.

DISCOUNT MOUNTAIN, INC., a Colorado corporation; and
MATT LOCKWOOD,

  Defendants.

## ORDER OF RECUSAL

  **THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

  Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

  DATED this 8th day of July, 2013.

            BY THE COURT:

            *Marcia S. Krieger*
            _____

            Marcia S. Krieger
            Chief United States District Judge