THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01699-RPM

MICROSOFT CORPORATION,

      Plaintiff,

v.

DISCOUNT MOUNTAIN, INC., and
MATT LOCKWOOD,

      Defendants.
_____

ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT
_____

Upon review of the Unopposed Motion for Leave to File Third-Party Complaint [19] filed December 2, 2013, it is

ORDERED that the motion is granted and the Third-Party Complaint attached thereto is accepted for filing.

Dated: December 3rd, 2013

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge