**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-1699-RPM

MICROSOFT CORPORATION,

        Plaintiff,

v.

DISCOUNT MOUNTAIN, INC., and
MATT LOCKWOOD,

        Defendants.

_____

DISCOUNT MOUNTAIN, INC.,

        Third-Party Plaintiff,

v.

COMPUTECHSALE LLC,
ATL INTERNATIONAL CORP.; and
TECH SYSTEMS NETWORKS CANADA,

        Third-Party Defendants.

**ORDER GRANTING JOINT
MOTION TO MODIFY THE SCHEDULING ORDER**

The Court having reviewed the parties' Joint Motion to Modify the Scheduling Order and finding that good cause exists to modify the schedule, the Court GRANTS the motion. The following deadlines shall now govern this action:

- Contradicting expert reports: May 2, 2014

- Rebuttal expert reports: June 2, 2014

- Deadline for service of written interrogatories and requests for production of documents: June 2, 2014

- Discovery cut-off:  July 3, 2014

- Dispositive-motion deadline:  August 4, 2014

SO ORDERED.

DATED:  February 26, 2014

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch
SENIOR DISTRICT JUDGE