THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01699-RPM

MICROSOFT CORPORATION,

    Plaintiff,

v.

DISCOUNT MOUNTAIN, INC., and
MATT LOCKWOOD,

    Defendants.
_____

ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER
_____

Upon review of defendants' unopposed motion to modify the scheduling order [50] filed April 30, 2014, it is

ORDERED that deadlines are extended as follows:

1. Contradicting expert reports: May 16, 2014, and

2. Rebuttal expert reports: June 14, 2014.

Dated:  May 1st, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge