# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-1699-RPM

MICROSOFT CORPORATION,

        Plaintiff,

  v.

DISCOUNT MOUNTAIN, INC., and
MATT LOCKWOOD,

        Defendants.

_____

DISCOUNT MOUNTAIN, INC.,

        Third-Party Plaintiff,

  v.

COMPUTECHSALE LLC,
ATL INTERNATIONAL CORP.; and
TECH SYSTEMS NETWORKS CANADA,

        Third-Party Defendants.

## ORDER GRANTING UNOPPOSED
## MOTION TO MODIFY THE SCHEDULING ORDER

THE COURT having reviewed the Unopposed Motion to Modify the Scheduling Order and finding that good cause exists to modify the schedule, the Court GRANTS the motion. The following deadlines shall now govern this action:

- Contradicting expert reports: June 6, 2014
- Rebuttal expert reports: July 7, 2014

SO ORDERED.

DATED: May 15th, 2014

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch
                                                UNITED STATES DISTRICT JUDGE