**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:13-cv-01699-RPM**

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

DISCOUNT MOUNTAIN, INC., a Colorado corporation, and MATT LOCKWOOD, an individual,

    Defendants.

DISCOUNT MOUNTAIN, INC., a Colorado corporation,

    Third-Party Plaintiff,

v.

COMPUTECHSALE LLC, a New Jersey limited liability company;
ATL INTERNATIONAL CORP., A New Jersey Corporation; and
TECH SYSTEMS NETWORKS CANADA, an Ontario corporation,

    Third-Party Defendants.

_____

**ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER**
_____

    This matter comes before the Court on Third-Party Defendant Computechsale, LLC ("Computechsale"), Motion to Modify Scheduling Order. The Court, having reviewed the motion and having determine that good cause exists to grant Computechsale's motion, hereby orders as follows:

The Request to Modify Scheduling Order is GRANTED. The deadlines currently set forth in the Scheduling Order are modified as follows:

    Last date for service of written discovery: October 30, 2014.

    Discovery Cut-off: November 30, 2014.

    Dispositive Motions deadline: December 20, 2014

    Designation of affirmative experts: September 17, 2014.

    Designation of contradicting experts: October 17, 2014.

    Designation of rebuttal experts: November 1, 2014.

IT IS SO ORDERED.

Dated: May 23rd, 2014

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge