# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01699

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

DISCOUNT MOUNTAIN, INC., a Colorado corporation, and
MATT LOCKWOOD, an individual,

    Defendants.

DISCOUNT MOUNTAIN, INC., a Colorado corporation,

    Third-Party Plaintiff,

v.

COMPUTECHSALE LLC, a New Jersey limited liability company;
ATL INTERNATIONAL CORP., a New Jersey corporation; and
TECH SYSTEMS NETWORKS CANADA, an Ontario corporation,

    Third-Party Defendants.

_____

## ORDER RE STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS
_____

    The Court having considered the Stipulated Permanent Injunction Against Defendants executed between Plaintiff Microsoft Corporation, a Washington corporation, and Defendants Discount Mountain, Inc., a Colorado corporation, and Matt Lockwood, an individual, (collectively "Defendants"),

    IT IS HEREBY ORDERED that defendants Discount Mountain, Inc., a Colorado corporation, and Matt Lockwood, an individual, (collectively "Defendants") along with their

directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

(a) distributing Original Equipment Manufacturer name branded reinstallation or restore discs for Microsoft Windows 7 operating system software paired only with Certificate of Authenticity labels; and

(b) trafficking in stand-alone Microsoft Certificate of Authenticity labels.

SO ORDERED.

Dated: June 18th, 2014.

BY THE COURT:

s/Richard P. Matsch

_____
HON. RICHARD P. MATSCH
Senior United States District Judge