### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01699

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

DISCOUNT MOUNTAIN, INC., a Colorado corporation, and
MATT LOCKWOOD, an individual,

    Defendants.

DISCOUNT MOUNTAIN, INC., a Colorado corporation,

    Third-Party Plaintiff,

v.

COMPUTECHSALE LLC, a New Jersey limited liability company;
ATL INTERNATIONAL CORP., a New Jersey corporation; and
TECH SYSTEMS NETWORKS CANADA, an Ontario corporation,

    Third-Party Defendants.

_____

### ORDER FOR DISMISSAL OF DEFENDANTS DISCOUNT MOUNTAIN, INC. AND MATT LOCKWOOD, WITH PREJUDICE
_____

Pursuant to the stipulation of the parties, Defendants Discount Mountain, Inc. and Matt Lockwood are hereby dismissed with prejudice from Plaintiff Microsoft Corporation's Complaint. The above-captioned Complaint, including all claims asserted therein, is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction with respect to the Permanent Injunction entered by this Court.

The claims pending between Discount Mountain and the third party defendants shall

remain in the case.

    SO ORDERED.

    Dated: June 18th, 2014.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        HON. RICHARD P. MATSCH
                        Senior `United States District Judge