## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01699-RPM

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

DISCOUNT MOUNTAIN, INC., a Colorado corporation, and
MATT LOCKWOOD, an individual,

    Defendants.

---

DISCOUNT MOUNTAIN, INC., a Colorado corporation,

    Third-Party Plaintiff,

v.

COMPUTECHSALE LLC, a New Jersey limited liability company;
ATL GROUP INTERNATIONAL CORP., a New Jersey corporation; and
TECH SYSTEMS NETWORKS CANADA, an Ontario corporation,

    Third-Party Defendants.

## ORDER GRANTING DISCOUNT MOUNTAIN, INC.'S
## MOTION FOR LEAVE TO FILE SECOND AMENDED THIRD-PARTY COMPLAINT

The Court, having considered Defendant/Third-Party Plaintiff Discount Mountain, Inc.'s unopposed Motion for Leave to File Second Amended Third-Party Complaint, hereby GRANTS the motion and directs Discount Mountain to file its amended complaint within three days.

SO ORDERED.

DATED: June 18th, 2014        s/Richard P. Matsch

                                                              _____
                                                              Richard P. Matsch
                                                              SENIOR DISTRICT JUDGE