**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.  1:13-cv-01699-RPM**

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

DISCOUNT MOUNTAIN, INC., a Colorado corporation,
and MATT LOCKWOOD, an individual,

    Defendant.

---

DISCOUNT MOUNTAIN, INC., a Colorado corporation,

    Third-party Plaintiff,

v.

COMPUTECHSALE LLC, a New Jersey limited liability company;
ATL INTERNATIONAL CORP., A New Jersey Corporation; and
TECH SYSTEMS NETWORKS CANADA, an Ontario corporation,

    Third-party Defendant.

---

**ORDER RE:  DISCOUNT MOUNTAIN'S VOLUNTARY DISMISSAL WITH
PREJUDICE OF CLAIMS
AGAINST THIRD-PARTY DEFENDANT ATL INTERNATIONAL CORP.**

The Court, having reviewed the Voluntary Dismissal with Prejudice of Claims Against Third-Party Defendant ATL International Corp., and being fully advised,

IT IS HEREBY ORDERED that all claims between Third-Party Plaintiff, Discount Mountain, Inc., and Third-Party Defendant, ATL International Corp., in this case are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

Dated this 27th of August, 2014.

                              BY THE COURT:

                              s/Richard P. Matsch

                              Richard P. Matsch, Senior District Judge