**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:13-cv-01699-RPM**

MICROSOFT CORPORATION, a Washington corporation,

      Plaintiff,

v.

DISCOUNT MOUNTAIN, INC., a Colorado corporation,
and MATT LOCKWOOD, an individual,

      Defendant.

DISCOUNT MOUNTAIN, INC., a Colorado corporation,

      Third-party Plaintiff,

v.

COMPUTECHSALE LLC, a New Jersey limited liability company;

      Third-party Defendant.

_____

**ORDER RE: DISMISSAL WITH PREJUDICE ON CLAIMS BY DISCOUNT MOUNTAIN AGAINST THIRD PARTY DEFENDANT COMPUTECHSALE, LLC**
_____

      The Court, having reviewed the Stipulation for Dismissal with Prejudice signed by counsel for all the parties, and being fully advised,

      IT IS HEREBY ORDERED that all claims between Third-party Plaintiff, Discount Mountain, Inc., and Third-party Defendant, ComputechSale, LLC., in this case are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

      Dated this 19th of November, 2014

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge